RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq. (JM 4231)
Richard González, Esq. (RG 9291)
292 Madison Avenue, 11th Floor
New York, NY 10017
(212) 953-2381
*Attorneys for Defendant,*
*RICHARD AQUILONE, JR.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES ABRAHAM, PATRICK HASAN, and
VARGHESE PUTHUVAMKUNNATH and
SALOMY PUTHUVAMKUNNATH,
individually and as Personal Representatives for
the Estate of JIJO PUTHUVAMKUNNATH,
deceased,

                Plaintiffs,

- against -

RICHARD AQUILONE, JR.,

                Defendant.

Civil Action No.: 11-cv-5947 (PKC)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, RICHARD AQUILONE, JR., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

Dated: New York, New York
October 11, 2011

        **RUBIN, FIORELLA & FRIEDMAN LLP**
        *Attorneys for Defendant,*
          *RICHARD AQUILONE, JR.*

        */s/ J. Mercante*
        James E. Mercante, Esq. (JM 4231)
        Richard González, Esq. (RG 9291)
        292 Madison Avenue, 11th Floor
        New York, NY 10017
        Ph: 212-953-2381
        Fax: 212-953-2462
        E-Mail: jmercante@rubinfiorella.com
        E-Mail: rgonzalez@rubinfiorella.com
        Our File No.: 628-16385