RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq. (JM 4231)
Richard González, Esq. (RG 9291)
292 Madison Avenue, 11th Floor
New York, NY 10017
(212) 953-2381
*Attorneys for Defendant,*
*RICHARD AQUILONE, JR.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES ABRAHAM, PATRICK HASAN, and VARGHESE PUTHUVAMKUNNATH and SALOMY PUTHUVAMKUNNATH, individually and as Personal Representatives for the Estate of JIJO PUTHUVAMKUNNATH, deceased,

Plaintiffs,

- against -

RICHARD AQUILONE, JR.,

Defendant.

Civil Action No.: 11-cv-5947 (PKC)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant, RICHARD AQUILONE, JR.

-1-

Dated: New York, New York
      October 12, 2011

                                **RUBIN, FIORELLA & FRIEDMAN LLP**
                                *Attorneys for Defendant,*
                                    *RICHARD AQUILONE, JR.*

                                _____
                                James E. Mercante, Esq. (JM 4231)
                                292 Madison Avenue, 11th Floor
                                New York, NY 10017
                                Ph: 212-953-2381
                                Fax: 212-953-2462
                                E-Mail: jmercante@rubinfiorella.com
                                Our File No.: 628-16385