# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-11
```

WRITER'S DIRECT DIAL:
E-MAIL:
(212) 447-1605
Jmercante@rubinfiorella.com

**MEMO ENDORSED**

October 19, 2011

Conference adjourned
to: Nov 28, 2011 at 12:45pm
from: Oct. 24, 2011

SO ORDERED
P. KEVIN CASTEL, U.S.D.J.
10-19-11

Via:    Fax: 212-805-7949

Honorable P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan, U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    JAMES ABRAHAM, et al. v. RICHARD AQUILONE, JR.
Venue:    United States District Court, Southern District of New York
Index Num.:    11-cv-5947 (PKC)
Our File:    628-16385

Dear Judge Castel:

We are counsel for defendant, RICHARD AQUILONE, JR., in the above captioned admiralty personal-injury matter. Per Your Honor's Order dated August 29, 2011, an initial pretrial conference is scheduled for Monday, October 24, 2011, at 10:30 am.

We are writing to respectfully request to adjourn this conference for **30 days**. This is the first request for adjournment of this conference.

Due to scheduling conflicts, including out-of-state travel to conduct a previously scheduled vessel inspection, we are compelled to request this adjournment. Counsel for plaintiffs have consented to this request.

Respectfully,

James E. Mercante

JEM/RG/df

Honorable P. Kevin Castel
United States District Judge
October 19, 2011
Page 2 of 2

**Copy:** **Via E-mail** (Amaloney@kreindler.com)

    Andrew J. Maloney, III
    KREINDLER & KREINDLER LLP
    750 Third Avenue
    New York, NY 10017

RUBIN, FIORELLA & FRIEDMAN LLP