# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL:
E-MAIL:
(212) 447-4605
Jmercante@rubinfiorella.com

November 21, 2011

**Via:** **ECF**

Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  JAMES ABRAHAM, et al. v. RICHARD AQUILONE, JR.

RICHARD AQUILONE, JR. v. NYWT SHARK LLC and NYWT CIRCLE LINE LLC d/b/a CIRCLE LINE DOWNTOWN as Owners and Operators of the Motor Vessel SHARK, *In Personam*, and the M/V SHARK, *In Rem*.

Venue:     United States District Court, Southern District of New York

Index Num.:  11-cv-05947 (KBF)
Our File:    628-16385

Dear Judge Forrest:

We are counsel for defendant and third-party plaintiff, RICHARD AQUILONE, JR., in the above captioned admiralty personal-injury matter. We hereby submit this letter per Judge P. Kevin Castel's order of November 18, 2011 understanding that the case is now assigned to Your Honor.

We disagree with third-party defendants arguments in their letter of November 17, 2011, and we look forward to addressing this matter before your honor. Furthermore, we do not object to counsel for third-party defendants request to attend the conference on November 28, 2011 on a so-called 'without prejudice' basis.

Respectfully,

James E. Mercante

Honorable Katherine B. Forrest
United States District Judge
November 21, 2011
Page 2 of 2

JEM/RG/df

**Copy: Via ECF**

    Andrew J. Maloney, III, Esq.
    Jared L. Watkins
    KREINDLER & KREINDLER LLP
    750 Third Avenue
    New York, NY 10017

    Michael E. Unger, Esq.
    Daniel J. Fitzgerald, Esq.
    FREEHILL HOGAN & MAHAR, LLP
    80 Pine Street
    New York, New York 10005

**Copy: Via Fax 212-805-7949**

    Honorable P. Kevin Castel
    United States District Judge
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, NY 10007

RUBIN, FIORELLA & FRIEDMAN LLP