WILLIAM L. JUSKA, JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
MANUEL A. MOLINA
BARBARA G. CARNEVALE*
DANIEL J. FITZGERALD*▲
CAROLYN E. BUNDY*
JAN P. GISHOLT†
SUSAN LEE*
EDWARD J. CARLSON
ERIC J. MATHESON*
MICHAEL D. TUCKER*
PETER J. WENKER

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D C
♦ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3613

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL

**MEMO ENDORSED**

November 17, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-18-11

Our Ref: 234-10/MEU/DJF

**VIA FACSIMILE: 212-805-7949**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: JAMES ABRAHAM, et al. v. RICHARD AQUILONE, JR.
11-cv-5947 (PKC)
In The Matter of the Complaint of NYWT SHARK LLC et al
11-CV-00370 (SAS)

[Handwritten endorsement: Counsel for Aquilone & defendant shall respond by fax to Chambers by November 22, 2011, 5 P.M. Counsel for NYWT Shark LLC and NYWT Circle Line are welcome to attend the November 28 conference consistent with their position asserted in the letter of Nov. 17. So Ordered. /s/ 11-18-11 USDJ]

Dear Judge Castel:

We are counsel for NYWT Shark LLC and NYWT Circle Line d/b/a Circle Line Downtown, owners and operators of the motor vessel SHARK, who were recently served with a Third-Party Complaint filed by Defendant Richard Aquilone, Jr. We take this opportunity to advise Your Honor of our previous filing, pursuant to 46 U.S.C. §30505, and Judge Shira Scheindlin's prior order dated April 13, 2011 attached hereto as Enclosure "A". We further request permission to attend the preliminary conference scheduled in this matter for November 28, 2011, on a without prejudice basis. We have accepted Defendant Aquilone's request to waive formal service pursuant to Rule 4, but a response is not due until January 4, 2011.

Judge Scheindlin's order clearly provides that Plaintiffs herein were barred and precluded from filing any claims in any proceeding against the SHARK interests. Despite this, Defendant Aquilone filed a Third-Party Complaint demanding that the SHARK interests directly answer

377060.1

the Complaint of Plaintiffs. Under the circumstances presented, Mr. Aquilone's attempt to place the SHARK interests in a position when they could be held directly liable to plaintiffs is clearly improper. Defendant Aquilone further incorrectly asserts a cause of action for contribution which has not accrued as Mr. Aquilone has not paid, or had any judgment entered against him, for more than his share of damages. At this point, the SHARK interests seek to clarify whether it is necessary to reopen the action previously filed before Judge Scheindlin, (11 CV-00370), in order to preserve all of the benefits, rights and elections of the prior filing.

Due to these circumstances, we request permission to attend the pre-trial conference on a without prejudice basis and thank the Court in advance for considering the foregoing.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

*Daniel J. Fitzgerald*

Michael E. Unger
Daniel J. Fitzgerald

MEU/DJF

cc: James E. Mercante, Esq.
    Rubin, Fiorella & Friedman LLP
    292 Madison Avenue
    New York, NY 10017

    Andrew J. Maloney, III, Esq.
    Kreindler & Kreindler LLP
    750 Third Avenue
    New York, NY 10017

    Honorable Shira A. Scheindlin
    United States District Judge
    Southern District of New York
    United States Courthouse
    500 Pearl Street, Courtroom: 1620
    New York, NY 10007

377060.1

2

FREEHILL, HOGAN & MAHAR LLP