UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
:                                                                 ORDER OF REFERENCE
:                                                                 TO A MAGISTRATE JUDGE
Plaintiff,    James Abraham, et al.                :
:                                                                 11-cv-05947   ( KBF ) ( FM )
-v-                                                :
:
:
Defendant.   Richard Aquilone, Jr., et al.   :
:
:                                                                 USDC SDNY
:                                                                 DOCUMENT
:                                                                 ELECTRONICALLY FILED
:                                                                 DOC #:_____
x                                                                 DATE FILED: 28 NOV 2011
-------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated 11/28/2011

SO ORDERED:

*Katherine B. Forrest*

United States District Judge