# RUBIN, FIORELLA & FRIEDMAN LLP
ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

**MEMO ENDORSED**

WRITER'S DIRECT DIAL:   (212) 447-4532
E-MAIL:   Rgonzalez@rubinfiorella.com

November 30, 2011

**Via:  FAX (212-805-6724)**

Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1581

Re:   JAMES ABRAHAM, et al. v. RICHARD AQUILONE, JR.

Venue:       United States District Court, Southern District of New York
Index Num.:  11-cv-5947 (PKC) (FM)
Our File:    628-16385

Dear Judge Maas:

We are counsel for defendant and third-party plaintiff, RICHARD AQUILONE, JR., in the above captioned admiralty personal-injury matter.

Per Your Honor's Order of November 29, 2011, a settlement conference is scheduled for December 20, 2011. We write to Your Honor to request adjournment of this conference to December 21, 2011. Due to conflicting schedules of counsel and the parties involved, a short adjournment is required.

All parties are available on December 21, 2011, and all parties join in this request.

Very respectfully,

RUBIN, FIORELLA AND FRIEDMAN LLP

Richard González, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/11

**Handwritten endorsement:**

The date of December 20 was selected in consultation with counsel; December 21 is not available. I can hold the conference on the afternoon of 12/28 at 2pm or 12/29 at 10 am or 2 pm. If those dates do not work, we will have to proceed on 12/20. If the parties opt to proceed on 12/28 or 29, it is on the condition that they not seek to adjourn the dates set during Judge Forrest's 11/28 PTC. F. Maas, USMJ, 12/1/11

Honorable Frank Maas
United States Magistrate Judge
November 30, 2011
Page 2 of 2

RG/df

**Copy: Via E-Mail**

    Andrew J. Maloney, III
    Jared L. Watkins
    KREINDLER & KREINDLER LLP
    750 Third Avenue
    New York, NY 10017
    E-Mail (Amaloney@kreindler.com);
    (Jwatkins@kreindler.com)

    Daniel J. Fitzgerald, Esq.
    Michael E. Unger, Esq.
    FREEHILL HOGAN & MAHAR, LLP
    80 Pine Street
    New York, New York 10005
    E-Mail (Fitzgerald@freehill.com);
    (Unger@freehill.com)

RUBIN, FIORELLA & FRIEDMAN LLP