```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMES ABRAHAM, et al.,                   :

                    Plaintiffs,          :     ORDER

        - against -                      :     11 Civ. 5947 (KBF)(FM)

RICHARD AQUILONE, JR.,                   :

                    Defendant.           :

------------------------------------------------------------x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/11
```

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the conference held yesterday, it is hereby ORDERED that:

1. By January 13, 2012, Aquilone shall provide Plaintiffs with a sworn financial statement, including a balance sheet and monthly income/expense statement. This disclosure shall be for settlement purposes only.

2. A further settlement conference shall be held on January 26, 2012 at 10:30 a.m., in Courtroom 20A.

SO ORDERED.

Dated:   New York, New York
         December 21, 2011

                                    _____
                                              FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Hon. Katherine B. Forrest
United States District Judge

Andrew Joseph Maloney
Jared Lear Watkins
Kreindler & Kreindler
Fax: (212) 972-9432

James Edward Mercante
Rubin, Fiorella & Friedman, L.L.P.
Fax (212) 953-2462