```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JAMES ABRAHAM, et al.,              :
                      Plaintiffs,   :
                                    :    11 Civ. 5947 (KBF)
           -v-                      :
                                    :         ORDER
RICHARD AQUILONE,                   :
                       Defendant.   :
                                    :
------------------------------------X
```

KATHERINE B. FORREST, District Judge:

Defendant having indicated that it believes it necessary to submit a short reply to plaintiffs' opposition to defendant's motion to stay discovery, defendant shall submit such reply on or before April 19, 2012.

Dated:    New York, New York
          April 11, 2012

*Katherine B. Forrest*
_____
KATHERINE B. FORREST
United States District Judge