```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JAMES ABRAHAM, et al.,              :
                    Plaintiffs,     :
                                    :   11 Civ. 5947 (KBF)
          -v-                       :
                                    :       ORDER
RICHARD AQUILONE,                   :
                    Defendant.      :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 11 2012

KATHERINE B. FORREST, District Judge:

With respect to the evidence currently being held by the District Attorney's Office, it is hereby

ORDERED that, on or before July 16, 2012, defendant shall submit a letter to the Court precisely proffering (a) what kind of access he seeks (e.g. boarding the vessels, observing the exteriors of the vessels); and (b) what specific information he believes such access will provide.

Dated:   New York, New York
         July 11, 2012

_____
KATHERINE B. FORREST
United States District Judge