```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JAMES ABRAHAM, et al.,              :
                       Plaintiffs,  :
                                    :    11 Civ. 5947 (KBF)
         -v-                        :
                                    :    ORDER
RICHARD AQUILONE,                   :
                       Defendant.   :
                                    :
------------------------------------X
```

KATHERINE B. FORREST, District Judge:

As set forth during the telephonic conference on July 24, 2012, in light of defendant's criminal indictment and on consent of plaintiffs, this action is hereby stayed in all respects.

Defendant's counsel shall update the Court regarding the status of defendant's criminal proceedings every 3 months, so long as those criminal proceedings remain open. When such proceedings are resolved, plaintiffs' counsel shall notify the Court forthwith.

The Clerk of Court is directed to place this case on the suspense docket.

Dated:   New York, New York
         July 24, 2012

                                    _____
                                         KATHERINE B. FORREST
                                       United States District Judge